**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 184 EAL 2022

        Respondent             :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

             v.                       :

                                  :

KEVIN HILTON,                      :

                                  :

        Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.